nclej

**National Center for Law and Economic Justice**
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967 | development@nclej.org

October 15, 2026

Catherine O'Hagan Wolfe, Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re: *Franklin, et al. v. City of Buffalo, et al.*, No. 25-2216**

Dear Ms. O'Hagan Wolfe:

Pursuant to Federal Rule of Appellate Procedure 28(j), Plaintiffs-Appellants advise the Court of a pertinent court order issued in the underlying district court action, *Franklin, et al. v. City of Buffalo, et al.*, No. 18-cv-00719, after briefing concluded in the above-captioned appeal.

On May 29, 2026, the district court issued its Opinion and Order regarding Defendants' Motion for Summary Judgment and Plaintiffs' Motion for Partial Summary Judgment. *See* ECF 364. The district court denied summary judgment on Plaintiffs' Fourth Amendment, Equal Protection, and Title VI claims. *Id.* at 26–44. In arriving at this result, the district court analyzed each claim on a class-wide basis for both the Checkpoint Class[1] (*id.* at 26–42) and the Tinted Windows Class[2] (*id.* at 42–44).

The district court also granted Defendants' motion for summary judgment on Plaintiffs' due process claims, which are discussed in the briefing in this case, and dismissed those claims on a class-wide basis. *See id.* at 44–47; Dkt. 45.1 at 13–14, 37–41, Dkt. 59.1 at 23–24 (Defendants-Appellants' Opening Brief and Reply Brief); Dkt. 54.1 at 55–57 (Plaintiffs-Appellees' Brief).

The decision thus further supports that the claims of these classes raise common questions with common answers.

---

[1] The Checkpoint Class is defined as "[a]ll individuals who received a ticket or were arrested at a BPD 'traffic safety' vehicle checkpoint on or after June 28, 2015." *Id.* at 2 n.2.
[2] The Tinted Windows Class is defined as "[a]ll Black and/or Latino individuals who received multiple tinted windows tickets from the BPD in a single traffic stop on or after June 28, 2015." *Id.* at 2 n.2.

Respectfully submitted,

*/s/ Claudia Wilner*
Claudia Wilner

*Counsel for Plaintiffs-Appellees*

cc: All counsel of record (via ACMS)